

**Potomac Law Group, PLLC**
1300 Pennsylvania Avenue N.W., Suite 700  |  Washington, D.C. 20004
T 717.951.5653  |  F 202.318.7707  |  www.potomaclaw.com

August 18, 2021

The Honorable Michael A. Shipp
United States District Judge
District of New Jersey (Trenton)
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Salil Sharma et al. v. Vijay Gupta et al.*, 3:20-cv-03446-MAS-ZNQ

Dear Judge Shipp:

      As counsel to Defendant, ProSoft Technology Group, Inc. ("ProSoft"), I write to request that the Court reinstate ProSoft's motion to dismiss the plaintiffs' amended complaint, which ProSoft filed on September 18, 2020 (ECF No. 8).

      By text order entered March 11, 2021 (ECF No. 24), the Court administratively terminated ProSoft's motion to dismiss (ECF No. 8) without prejudice, pending settlement discussions among plaintiffs and the other defendants. The Court directed that, should the case fail to settle, ProSoft may e-file correspondence requesting that the Court reinstate its motion.

      A settlement conference was held on May 13, 2021, but the case did not settle. By order entered June 16, 2021 (ECF No. 30), the Court directed the other defendants to file a response to plaintiffs' amended complaint by August 2, 2021. The other defendants filed their response on August 11, 2021 (ECF No. 33). Accordingly, Defendant ProSoft respectfully requests that the Court reinstate its motion to dismiss (ECF No. 8). The motion has been fully briefed and is ready for disposition.

                                  Respectfully Submitted,

                                    /s/ Susan V. Metcalfe

                                  Susan V. Metcalfe (NJ ID 056782014)
                                  Counsel for Defendant,
                                  ProSoft Technology Group, Inc.

c:      Counsel for all parties of record, via ECF