

**Potomac Law Group, PLLC**

1300 Pennsylvania Avenue N.W., Suite 700  |  Washington, D.C. 20004
T 717.951.5653  |  F 202.318.7707  |  www.potomaclaw.com

August 18, 2021

William T. Walsh
Clerk of Court
District of New Jersey (Trenton)
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Salil Sharma et al. v. Vijay Gupta et al.*, 3:20-cv-03446-MAS-ZNQ

Dear Mr. Walsh:

    As counsel to Defendant, ProSoft Technology Group, Inc. ("ProSoft"), I write pursuant to L. Civ. R. 7.1(d)(5) to request an automatic extension to respond to the motion to compel arbitration and/or stay this matter pending arbitration (ECF No. 33) filed by the other defendants in this case on August 11, 2021.

    The originally noticed motion day is September 7, 2021, and the current deadline for opposition papers is August 24, 2021.

    The new motion day will be September 20, 2021, with opposition papers due September 7, 2021 and reply papers due September 13, 2021.

    The originally noticed motion day has not previously been extended or adjourned, and this request is being submitted prior to the date on which opposition papers would otherwise be due under L. Civ. R. 7.1(d)(2).

                            Respectfully Submitted,

                            /s/ Susan V. Metcalfe

                            Susan V. Metcalfe (NJ ID 056782014)
                            Counsel for Defendant,
                            ProSoft Technology Group, Inc.

c:    Counsel for all parties of record, via ECF